**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00785-CV

### ERIC A. SCZEPANIC, Appellant

### V.

### CITIMORTGAGE INC., Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08775-A**

## ORDER

We **GRANT** appellant's November 13, 2014 unopposed motion to extend time to file brief and **ORDER** appellant to file his brief or motion to dismiss the appeal no later than November 20, 2014. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE